IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

JERRY ROSS BRUNSON, #48673                                          PETITIONER

VS.                                          CIVIL ACTION NO. 2:09cv210-KS-MTP

J. J. STREETER and JIM HOOD                                        RESPONDENTS

ORDER DIRECTING RESPONSE TO MOTION

Presently pending before the court is a Motion [9] to Dismiss Pursuant to § 2244(d), filed by Respondents on November 18, 2009. Petitioner has not responded to the motion. Because the motion, if granted, could result in the dismissal of this case, the court will afford Petitioner a final opportunity to respond to the motion.

It is, therefore, ORDERED and ADJUDGED that:

1. Petitioner shall file his response to the motion on or before January 4, 2010; and

2. Should Petitioner fail to respond by January 4, 2010, the motion will be considered and ruled upon without his response.

SO ORDERED AND ADJUDGED this the 16th day of December, 2009.

                                          s/ Michael T. Parker
                                          United States Magistrate Judge